**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK**

**COURTROOM MINUTES**
_____

| | | |
|---|---|---|
| Courtroom Deputy:  Deborah Hansen | Date: | November 19, 2013 |
| Court Reporter: Gwen Daniel | Probation: | Justine Kozak |

_____

Criminal Action No. 13-cr-00071-LTB           _Counsel:_

UNITED STATES OF AMERICA,                    Tim Neff

   Plaintiff,

v.

2. PATRICK C. KIM,                           David Lindsey

   Defendant.

_____

**SENTENCING**
_____

10:00 a.m.    Court in Session.

Defendant is present and in custody.

> Defendant plead guilty to Count 8 of the Indictment on June 4, 2013.

Statements by Mr. Neff, Mr. Lindsey, and Defendant.

**ORDERED:**  The defendant's objections to the presentence investigation report are OVERRULED.

**ORDERED:**  The defendant's request for a concurrent sentence is DENIED.

**ORDERED**:  Government's Motion for Sentencing Reduction for Defendant Patrick C. Kim Pursuant to U.S.S.G. § 5K1.1 [Doc. No. 79, filed October 7, 2013] is

1

GRANTED.

**ORDERED**: Government's Motion to Dismiss Counts of Indictment [Doc. No. 80, filed October 7, 2013] is GRANTED.

**ORDERED**: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court that Defendant, Patrick C. Kim, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 22 months, to run consecutively to the sentence in Los Angeles County Superior Court Case No. BA376328.

**ORDERED:** The defendant's request that the Court recommend RDAP and placement at Terminal Island is GRANTED.

Court recommends that the Bureau of Prisons afford the RDAP for defendant and placement at Terminal Island.

**ORDERED**: Upon release from imprisonment, Defendant shall be placed on supervised release for a period of one year.

**ORDERED**: Conditions of Supervised Release:
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, Defendant shall report in person to the probation office in the district to which Defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.
- (X) Defendant shall comply with standard conditions as adopted by the Court.
- (X) Defendant shall not unlawfully possess a controlled substance.
- (X) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X) Defendant will cooperate in the collection of DNA as directed by the probation officer.

**SPECIAL CONDITIONS** of Supervised Release:
- (X) Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as approved by the probation officer until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.
- (X) The defendant will be required to pay for the cost of treatment as directed by the probation officer.
- (X) Defendant shall submit his person, property, house, residence, papers,

        computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer.  Failure to submit to search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED**:  Defendant shall pay a special assessment of $100.00, which is due and payable immediately.

**ORDERED**:  No fine is imposed because defendant has no ability to pay a fine.

**ORDERED**:  Defendant advised of his limited appeal rights.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

10:46 a.m.    Court in Recess.
               Hearing concluded.
               Time: 46 minutes