IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00071-LTB-2

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    HYOSOOK KO, and
**2.**    **PATRICK C. KIM,**

      Defendants.

## ORDER TO DISMISS COUNTS OF INDICTMENT

Upon consideration of the Government's Motion to Dismiss Counts of the Indictment as to Defendant Patrick C. Kim, and for good cause shown, it is hereby

ORDERED that other than Count 8, to which the Defendant has pled guilty, all remaining Counts in the Indictment are dismissed as to the Defendant.

DONE AND ORDERED this __19th__ day of November, 2013.

                BY THE COURT:

                  s/Lewis T. Babcock
                SENIOR JUDGE LEWIS T. BABCOCK
                UNITED STATES DISTRICT COURT
                DISTRICT OF COLORADO